IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LUCEMY VELAZQUEZ, ARTURO
TORRES-APONTE, and their conjugal
partnership

Plaintiffs

vs   CIVIL 98-1865(CCC)

P.D.I. ENTERPRISES, INC.
P.D.I. ENTERPRISES OF NEVADA, INC.
and BACO DRUG CENTER, INC.

Defendants



## PARTIAL JUDGMENT

For the reasons stated in our Order issued on this same date, this action is hereby DISMISSED as to P.D.I. Enterprises, Inc. and P.D.I. Enterprises of Nevada, Inc.

SO ORDERED.

At San Juan, Puerto Rico, on September 30, 1999.

CARMEN CONSUELO CEREZO
United States District Judge

s/c: B. López
    J. González
    M. Quilichini

OCT - 6 1999

RECD.   TO JUDGE
OCT - 6 1999

#25

AO 72A
(Rev.8/82)