IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                    November 12, 1999

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge

LUCEMY VELAZQUEZ, et al

vs                                        CIVIL 98-1865CCC

P.D.I. ENTERPRISES, INC., et al

By order of the Court, Plaintiffs' Request Regarding the ISC Scheduled Time of Commencement (**docket entry** 35), the same is GRANTED. The ISC set for November 17, 1999 shall commence at 9:30 AM.

Defendants' Notice to the Court (**docket entry**   ) is NOTED.

Defendants' Motion Requesting Extension of Time (**docket entry** 36) is MOOT. Parties to be notified.

                                          ⌐ - Secretary