IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                    November 15, 1999

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge



LUCEMY VELAZQUEZ, et al

vs                                         CIVIL 98-1865CCC

P.D.I. ENTERPRISES, INC., et al


By order of the Court, the **initial scheduling conference set for November 17, 1999 is reset for December 2, 1999 at 9:00 AM.** Parties notified.

                                                    ⁓ - Secretary

s/c  B. López
     J. González
     M. Quilichini