IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

1

2

3    LUCEMY VELÁZQUEZ, et al.,

4    Plaintiffs

5

6    v.                                              CIVIL 98-1865 (CCC)

7    P.D.I. ENTERPRISES, INC., et al.,

8    Defendants

9    _____

10              INITIAL SCHEDULING CONFERENCE REPORT

11

12

13        At today's hearing, plaintiffs were represented by Bamily López Ortiz, Esq.,

14    defendants by Manuel A. Quilichini, Esq.

15        Parties agreed that because a ruling on plaintiffs' motion to alter or amend partial

16    judgment, Docket No. 28, filed October 25, 1999, is of essence to determine plaintiffs'

17    further action, no further discovery is viable.  If the ruling is favorable to plaintiffs, some

18

19    discovery remains.  If it is unfavorable to plaintiffs, a request will be made that the partial

20    judgment be appealable since the remaining codefendant is insolvent.

21        In San Juan, Puerto Rico, this 2nd day of December, 1999.

22

23    s/c. B López

24    g. Gonzáles

25    M. Quilichini                         JUSTO ARENAS
                                            United States Magistrate Judge
26

AO 72
(Rev 8/82)