IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                           December 13, 1999

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge


LUCEMY VELAZQUEZ, et al

vs                                               CIVIL 98-1865CCC

P.D.I. ENTERPRISES, INC. , et al


By order of the Court, Plaintiff's Request for Leave to File Exhibit in Spanish Language (**docket entry 29**) is DENIED.  The Motion Requesting Extension of Time and the Notice to the Court (**docket entries 30 and 31**) have become MOOT.  Parties to be notified.

                                                  _____ - Secretary