IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LUCEMY VELAZQUEZ, ARTURO
TORRES-APONTE, and their conjugal
partnership

Plaintiffs

vs                                                          CIVIL 98-1865CCC

P.D.I. ENTERPRISES, INC.
P.D.I. ENTERPRISES OF NEVADA, INC.
and BACO DRUG CENTER, INC.

Defendants

## ORDER

Having considered the Motion to Alter or Amend Partial Judgment (**docket entry 28**), Motion to Strike (**docket entry 32**) considered as an opposition to the former, as well as plaintiff's Opposition to the Motion to Strike (**docket entry 39**), the Motion to Alter or Amend Partial Judgment (**docket entry 28**) is DENIED. The Request for Imposition of Sanctions (**docket entry 39**) is DENIED.

SO ORDERED.

At San Juan, Puerto Rico, on December 16, 1999.

CARMEN CONSUELO CEREZO
United States District Judge

AO 72A
(Rev.8/82)