IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LUCEMY VELAZQUEZ, ARTURO
TORRES-APONTE, and their conjugal
partnership

Plaintiffs

vs                                                          CIVIL 98-1865CCC

P.D.I. ENTERPRISES, INC.
P.D.I. ENTERPRISES OF NEVADA, INC.
and BACO DRUG CENTER, INC.

Defendants



## ORDER

Having considered plaintiffs' Request for Certification Pursuant to 28 U.S.C. §1292(b) (**docket entry 45**), the same is DENIED.

SO ORDERED.

At San Juan, Puerto Rico, on January 27, 2000.

CARMEN CONSUELO CEREZO
United States District Judge