IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS          February 18, 2000

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge

LUCEMY VELAZQUEZ, et al

vs                              CIVIL 98-1865CCC

P.D.I. ENTERPRISES, INC., et al

By order of the Court, the Motion Requesting Leave to Reply (**docket entry 41**) is MOOT. The docket shall so reflect.

The case is referred to U.S. Magistrate Judge Aida Delgado-Colón for setting of a status conference as to the sole remaining defendant Bacó Drug Center, Inc.

                                        ✒ - Secretary

