# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

Lucemy Velázquez

v.

P.D.I. Enterprises, Inc.
Bacó Drug Center, Inc

CIVIL. NO. 98-1865 (CC)

RECEIVED & FILED
00 FEB 28 PM 3 55
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

### DESCRIPTION OF MOTION

DATE:
FILED:        DOCKET:#        Title:

( ) Plaintiffs    ( ) Defendants

( ) Government    ( ) Other

### ORDER

A Status Conference is set for March 1, 2000 at 2:00 P.M. Notice to be provided to the parties by telephone. The Clerk of Court will take notice of the fact that the sole remaining defendant is Bacó Drug Center, Inc.

s/c B. López
M. Quilichini
2-28-00

notified: Atty Manuel A. Quilichini, thru secretary
by phone: Atty Bamily López, thru father
2/25/00

Feb. 23/00
DATE

Aida M. Delgado-Colón
AIDA M. DELGADO-COLON
U.S. MAGISTRATE JUDGE

48