IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LUCEMY VELAZQUEZ ET AL
   Plaintiffs

v.                                                                                  Civil No. 98-1865(CCC)

P.D.I. ENTERPRISES, INC., ET AL
   Defendants

### ORDER

Plaintiff's motion requesting continuance of the Status Conference originally set for March 1, 2000, is **GRANTED**.

The Status Conference is hereby **reset for March 23, 2000, at 10:00 AM**.

**SO ORDERED.**

At San Juan, Puerto Rico, this 29th day of February, 2000.

AIDA M. DELGADO-COLON
U.S. Magistrate-Judge

Parties notified by phone. 2/29/00

s/c B. López
    G. González
    M. Quilichini
3-6-00

AO 72A
(Rev 8/82)