IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LUCEMY VELAZQUEZ ET AL
   Plaintiffs

v.                                  Civil No. 98-1865(CCC)

P.D.I. ENTERPRISES, INC., ET AL
   Defendants

## STATUS CONFERENCE REPORT AND ORDER

At the conference held on March 23, 2000, plaintiffs appeared represented by Attorney Bamily López-Ortiz. The defendant Bacó Drug Center, Inc., appeared represented by Attorney José González.

The parties are actively engaged in discovery. At the conference plaintiffs' attorney presented various requests for disclosure (i.e., accounts receivable and payable for FY 1996-1997; tax returns; premium notices filed with the State Insurance Fund, Labor Department, Internal Revenue Service, Department of the Treasury; Minutes of Board of Directors 1995-1997). Alternate dates for plaintiff's deposition were provided by defendant.

Thus, defendant will respond to and comply with plaintiffs' discovery requests **on or before May 5, 2000**. Plaintiff's deposition must be taken and a proposed deposition schedule must be ready by said date.

**A Status Conference is set for May 16, 2000, at 10:00 AM.**

SO ORDERED.

At San Juan, Puerto Rico, this 27th day of March, 2000.

s/c: B López
     J. González
     M. Quilichini

AIDA M. DELGADO-COLON
U.S. Magistrate-Judge

AO 72A
(Rev.8/82)