# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**LUCEMY VELAZQUEZ ET AL**
   Plaintiffs

v.

**P.D.I. ENTERPRISES, INC., ET AL**
   Defendants

Civil No. 98-1865(CCC)



## ORDER

The Status Conference originally set for May 16, 2000, is hereby **reset for May 19, 2000, at 11:00 AM**.

**SO ORDERED.**

At San Juan, Puerto Rico, this 11th day of May, 2000.

AIDA M. DELGADO-COLON
U.S. Magistrate-Judge

*Parties notified by telephone. JO 5/11/00*

AO 72A
(Rev.8/82)

