IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LUCEMY VELAZQUEZ ET AL
   Plaintiffs

v.                                Civil No. 98-1865(CCC)

P.D.I. ENTERPRISES, INC., ET AL
   Defendants

### SECOND STATUS CONFERENCE REPORT AND ORDER

The parties continue to be engaged in discovery. Some discovery requests presented by defendants, as to which plaintiffs had objections, were discussed. Some parameters were fixed to solve discovery disputes.

The parties are instructed to work on a deposition schedule. The same will be informed to the Court **within the next ten (10) days**.

**A Further Status Conference is set for July 28, 2000, at 10:00 AM.**

**SO ORDERED.**

At San Juan, Puerto Rico, this 26th day of May, 2000.

AIDA M. DELGADO-COLON
U.S. Magistrate-Judge

s/c B. López
    J. González
    M. Quiñones
5-30-00

AO 72A
(Rev.8/82)