# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**LUCEMY VELAZQUEZ ET AL**
**Plaintiffs**

v.

**P.D.I. ENTERPRISES, INC., ET AL**
**Defendants**

Civil No. 98-1865(CCC)

## ORDER

In view of the information provided by the parties (**Docket Nos. 55 and 56**), the setting of July 28, 2000, at 10:00 AM (Status Conference) is **VACATED**.

The parties are **GRANTED until August 8, 2000**, in which to inform, in writing, on the case's status.

The Clerk of Court will cause this case to be set for follow-up **immediately after August 8, 2000.**

**SO ORDERED.**

At San Juan, Puerto Rico, this 28th day of July, 2000.

AIDA M. DELGADO-COLON
U.S. Magistrate-Judge


