# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

ENTERED ON DOCKET

SEP 2 8 2000 PURSUANT

TO FRCP RULES 58 & 79

LUCEMY VELAZQUEZ, ARTURO
TORRES-APONTE, and their conjugal
partnership

**Plaintiffs**

vs                                                    CIVIL 98-1865CCC

P.D.I. ENTERPRISES, INC.
P.D.I. ENTERPRISES OF NEVADA, INC.
and BACO DRUG CENTER, INC.

__Defendants__

RECEIVED & FILED
00 SEP 28 AM 10: 48
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

## JUDGMENT

Having considered the Motion for Voluntary Dismissal filed by the parties on September

6, 2000 (**docket entry 58**), the same is GRANTED and this action is hereby DISMISSED,

with prejudice.

SO ORDERED AND ADJUDGED.

At San Juan, Puerto Rico, on September 22, 2000.

CARMEN CONSUELO CEREZO
United States District Judge

SEP 2 8 2000

AO 72A
(Rev.8/82)